Certificate Number: 13861-NYE-DE-040654802

Bankruptcy Case Number: 26-70318



13861-NYE-DE-040654802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2026, at 6:08 o'clock AM PST, Jo Ann Landgarten completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:   February 24, 2026              By:      /s/Adam Overton

                                       Name:   Adam Overton

                                       Title:   Counselor