UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:


Jo Ann Landgarten
*aka Joann Landgarten*,


                    Debtor.
-------------------------------------------------------x

HEARING DATE: **APRIL 9, 2026**
HEARING TIME: **09:30 AM**
LOCATION: **Courtroom 963**


**Case No.: 8-26-70318-ast**


**Chapter 13**


**Judge: Alan S. Trust, U.S.B.J.**

## <u>OBJECTION TO CONFIRMATION OF<br>DEBTOR'S CHAPTER 13 PLAN</u>

Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Pass-through Certificates, Series 2002-AR2 (the "Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan, and states as follows:

1. Jo Ann Landgarten (the "Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 22, 2026.

2. Secured Creditor holds a security interest in the Debtor's real property located at 78 Hoaglands Lane Glen Head, NY  11545 by virtue of a mortgage duly recorded on February 20, 1992 in the Public Records of Nassau County, NY in Book 14009 at Page 632.  Said Mortgage secures a Note in the amount of $760,000.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on January 22, 2026 (Doc No. 2).

4. The Plan proposes to cure Secured Creditor's claim through sale of the subject property. Debtor's Plan appears to be speculative as it is silent as to what efforts have been undertaken to sell the property. There are no filings on the case docket with respect to an application of a sale. The Plan is also silent as to an alternative treatment in the event that a sale is not consummated.

5.  Furthermore, the Debtor has failed to provide an appraisal to demonstrate that the alleged sale of the property will exceed the aggregate of liens encumbering the subject property. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any sale of subject property efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

6.  Thus far, the sale of property has not been offered or approved. Debtor is obligated to fund a Plan which is feasible to cure the anticipated arrears claim of $1,238,243.63 to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any sale of property efforts is not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

7.  Moreover, the plan does not provide for ongoing monthly payments or adequate protection payments during the pendency of the sale, and effectively provides the Debtor with twelve months of payment-free residence in the property.  Secured Creditor objects to this treatment as it is proposed in violation of 11 U.S.C § 1322(b)(2) and 11 U.S.C § 1325(a)(1). Adequate protection payments are calculated at 60% of the regular monthly principal and interest payment, plus 100% of any applicable escrowed amounts. As a result, Secured Creditor objects to any Plan which fails to maintain contractual monthly payments of $7,863.67 while the sale is pending.

8.  Furthermore, debtor fails to lists proposed timeline for which sale is expected to be completed.


**WHEREFORE**, Secured Creditor objects to confirmation of the Plan and respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.


Dated: March 10, 2026

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: /s/ Suzanne Youssef
Suzanne Youssef, Esquire
NY Bar Number 2254969
Email: syoussef@raslg.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:


Jo Ann Landgarten
*aka Joann Landgarten*,


                                    Debtor.
--------------------------------------------------------x

HEARING DATE: **APRIL 9, 2026**
HEARING TIME: **09:30 AM**
LOCATION: **Courtroom 963**


**Case No.: 8-26-70318-ast**


**Chapter 13**


**Judge: Alan S. Trust, U.S.B.J.**

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on <u>March 10 , 2026</u>, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served

via CM/ECF or United States Mail to the following parties:


DARREN ARONOW
ARONOW LAW, P.C.
7600 JERICHO TURNPIKE
SUITE 115
WOODBURY, NY 11797

KRISTA M PREUSS
KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO, NY 11753

UNITED STATES TRUSTEE
LONG ISLAND FEDERAL COURTHOUSE
560 FEDERAL PLAZA - ROOM 560
CENTRAL ISLIP, NY 11722-4437


JO ANN LANDGARTEN
78 HOAGLANDS LANE
GLEN HEAD, NY 11545

Date: March 10, 2026

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: /s/ Suzanne Youssef
Suzanne Youssef, Esquire
NY Bar Number # 2254969
Email: syoussef@raslg.com